(Post.3/26/13)  Case 4:12-cr-00306-KGB   Document 344   Filed 07/18/13   Page 1 of 1

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 18 2013

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

vs.                                        NO. 4:12CR-306-KGB

LEISA SOUTHERLAND                                                           DEFENDANT

## WAIVER OF APPEARANCE FOR ARRAIGNMENT
## AND ENTRY OF PLEA OF NOT GUILTY
(Pursuant to Rules 10 and 43 of the Federal Rules of Criminal Procedure)

NOW COMES Defendant in the above-referenced case who, along with his/her undersigned attorney, hereby acknowledges the following:

1) Defendant has received a copy of the indictment, superseding indictment or misdemeanor information in this case. Defendant understands the nature and substance of the charges contained therein, the maximum penalties applicable thereto, and his/her Constitutional rights, after being advised of all of the above by his/her attorney.

2) Defendant understands he/she has the right to appear personally with his/her attorney before a Judge for arraignment in open court on this accusation. Defendant further understands that, absent the present waiver, he/she will be so arraigned in open court.

Defendant, having conferred with his/her attorney in this regard, hereby waives personal appearance with his/her attorney at the arraignment of this case and the reading of the indictment, superseding indictment or information, and by this instrument tenders a plea of "not guilty." The defendant understands that entry by the Court of said plea for defendant will conclude the arraignment in this case for all purposes.

7-16-13                                    Leisa Southerland
Date                                       Defendant's Signature

7-16-13                                    _____
Date                                       Counsel for Defendant's Signature

### ORDER OF COURT

☑ The defendant's request to waive appearance at the arraignment is hereby APPROVED and a plea of not guilty is entered for the defendant effective this date.

☐ The defendant's request to waive appearance at the arraignment is hereby DENIED.

July 18 2013                               _____
Date                                       Judicial Officer

cc:    All Counsel of Record
       U.S. Probation Office
       U.S. Marshals Service
       Presiding Magistrate Judge